**Fill in this information to identify your case:**

Debtor 1 **Michael Andrew Ducote**
First Name     Middle Name     Last Name

Debtor 2
(Spouse if, filing)    First Name     Middle Name     Last Name

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number **26-00660**
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | **Summarize Your Assets** |
| --- | --- |

| | **Your assets** Value of what you own |
| --- | --- |
| 1. **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ 50,044.18 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................ | $ 50,044.18 |

| Part 2: | **Summarize Your Liabilities** |
| --- | --- |

| | **Your liabilities** Amount you owe |
| --- | --- |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 28,596.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F.*.............................. | $ 75.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F.*........................... | $ 5,123,640.53 |
| **Your total liabilities** | $ 5,152,311.53 |

| Part 3: | **Summarize Your Income and Expenses** |
| --- | --- |

| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I.*................................................................. | $ 4,464.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J.*........................................................... | $ 5,051.00 |

| Part 4: | **Answer These Questions for Administrative and Statistical Records** |
| --- | --- |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Michael Andrew Ducote**                                             Case number *(if known)*  **26-00660**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **0.00**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ **75.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ **75.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Michael Andrew Ducote** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **26-00660**

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.

   ☐ Yes.  Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ■ Yes

3.1   Make:  **LINCOLN**
      Model: **NAVIGATOR BLACK LABER**
      Year: **2018**
      Approximate mileage: **150,000**
      Other information:

      | 2018 LINCOLN NAVIGATOR: VIN# (5LMJJ3TT8JEL13173), (4) DOOR, (6) CYLINDER, (150,000) MILES, NADA VALUE TRADE ($17,650) |
      |---|

   **Who has an interest in the property?** Check one

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $17,650.00 | $17,650.00 |

3.2   Make:  **BMW**
      Model: **X5**
      Year: **2017**
      Approximate mileage: **105,000**
      Other information:

      | 2017 BMW X5: VIN# (5UXKR2C51H0U20345), (4) DOOR, (6) CYLINDER, (105,000) MILES, NADA VALUE ($11,336) |
      |---|

   **Who has an interest in the property?** Check one

   ■ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $11,336.00 | $11,336.00 |

| Debtor 1 | **Michael Andrew Ducote** | Case number *(if known)* | **26-00660** |

3.3  Make: **AUDI**

Model: **Q3 PREMIUM S-LINE**

Year: **2019**

Approximate mileage: **70,000**

Other information:

2019 AUDI Q3 PREMIUM
S-LINE: VIN#
(WA1EECF38K1085963), (4)
DOOR, (6) CYLINDER, (70,000)
MILES, NADA VALUE ($18,969)

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $18,969.00 | $18,969.00 |

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=>**

| $47,955.00 |

**Part 3:**  Describe Your Personal and  Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

| HOUSEHOLD GOODS: COUCH, BED, DRESSER, NIGHT STAND, TABLE, CHAIRS | $1,000.00 |

7.  **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes.  Describe.....

| HOUSEHOLD GOODS: TV, PHONE, COMPUTER | $500.00 |

8.  **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes.  Describe.....

10.  **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes.  Describe.....

| Debtor 1 | **Michael Andrew Ducote** | Case number *(if known)* | **26-00660** |

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes. Describe.....

| CLOTHING | $300.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes. Describe.....

| JEWELRY | $200.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ■ No
   ☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ..............................................................................**

| $2,000.00 |

| Part 4: | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes..................................................................................................................

| | CASH ON HAND | $0.00 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................

Institution name:

| 17.1. | Other financial account | CASH APP: FINANCIAL ACCOUNT | $10.35 |
| 17.2. | Other financial account | PAYPAL: FINANCIAL ACCOUNT | $0.00 |
| 17.3. | Savings | BANK OF AMERICA: SAVINGS ACCOUNT# (6537) | $70.87 |
| 17.4. | Checking | BANK OF AMERICA: CHECKING ACCOUNT# (7546) | $2.96 |

| Debtor 1 | **Michael Andrew Ducote** | | Case number *(if known)* | **26-00660** |

| | 17.5. | **Other financial account** | **VENMO: FINANCIAL ACCOUNT** | **$5.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. .....................          Institution name or individual:

| | **Rental deposit** | **SECURITY DEPOSIT: DEBTOR PAID A RENTAL SECURITY DEPOSIT IN THE AMOUNT OF ($1,400)** | **$0.00** |

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

| Debtor 1 | **Michael Andrew Ducote** | Case number *(if known)* | **26-00660** |

| S.E.A.M.S GROUP LLC.  PROPERTY MANAGEMENT. DEBTOR OPERATED FROM APRIL 2021 THROUGH PRESENT. IN GOOD STANDING WITH GEORGIA SECRETARY OF STATE | **$0.00** |

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

   | Company name: | Beneficiary: | Surrender or refund value: |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ■ No
   ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................................................** | **$89.18** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

| Debtor 1 | **Michael Andrew Ducote** | Case number *(if known)* | **26-00660** |

---

**Part 6:   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

---

**Part 7:       Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................  **$0.00**

---

**Part 8:       List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ..................................................................................................................  **$0.00**
56. **Part 2: Total vehicles, line 5**  **$47,955.00**
57. **Part 3: Total personal and household items, line 15**  **$2,000.00**
58. **Part 4: Total financial assets, line 36**  **$89.18**
59. **Part 5: Total business-related property, line 45**  **$0.00**
60. **Part 6: Total farm- and fishing-related property, line 52**  **$0.00**
61. **Part 7: Total other property not listed, line 54**  +  **$0.00**

62. **Total personal property.** Add lines 56 through 61...  **$50,044.18**   Copy personal property total  **$50,044.18**

63. **Total of all property on Schedule A/B**. Add line 55 + line 62  **$50,044.18**

---

| | |
|---|---|
| **Fill in this information to identify your case:** | |

| | |
|---|---|
| Debtor 1 | **Michael Andrew Ducote** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00660** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own. Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2018 LINCOLN NAVIGATOR: VIN# (5LMJJ3TT8JEL13173), (4) DOOR, (6) CYLINDER, (150,000) MILES, NADA VALUE TRADE ($17,650)** Line from *Schedule A/B*: **3.1** | **$17,650.00** | ■ **$7,600.00** ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(2)** |
| **2018 LINCOLN NAVIGATOR: VIN# (5LMJJ3TT8JEL13173), (4) DOOR, (6) CYLINDER, (150,000) MILES, NADA VALUE TRADE ($17,650)** Line from *Schedule A/B*: **3.1** | **$17,650.00** | ■ **$7,510.82** ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) IN THE AMOUNT OF $7,510.82 OF UNUSED CASH EXEMPTION** |
| **2017 BMW X5: VIN# (5UXKR2C51H0U20345), (4) DOOR, (6) CYLINDER, (105,000) MILES, NADA VALUE ($11,336)** Line from *Schedule A/B*: **3.2** | **$11,336.00** | ■ **$89.18** ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(7) IN THE AMOUNT OF $89.18 UNUSED HOUSEHOLD GOODS EXEMPTION** |
| **HOUSEHOLD GOODS: COUCH, BED, DRESSER, NIGHT STAND, TABLE, CHAIRS** Line from *Schedule A/B*: **6.1** | **$1,000.00** | ■ **$1,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |

| Debtor 1 | **Michael Andrew Ducote** | | Case number (if known) | **26-00660** |
|---|---|---|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **HOUSEHOLD GOODS: TV, PHONE, COMPUTER**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **CLOTHING**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(3)** |
| **JEWELRY**<br>Line from *Schedule A/B*: **12.1** | $200.00 | ■ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(4)** |
| **CASH ON HAND**<br>Line from *Schedule A/B*: **16.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Other financial account: CASH APP: FINANCIAL ACCOUNT**<br>Line from *Schedule A/B*: **17.1** | $10.35 | ■ $10.35<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Other financial account: PAYPAL: FINANCIAL ACCOUNT**<br>Line from *Schedule A/B*: **17.2** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Savings: BANK OF AMERICA: SAVINGS ACCOUNT# (6537)**<br>Line from *Schedule A/B*: **17.3** | $70.87 | ■ $70.87<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Checking: BANK OF AMERICA: CHECKING ACCOUNT# (7546)**<br>Line from *Schedule A/B*: **17.4** | $2.96 | ■ $2.96<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Other financial account: VENMO: FINANCIAL ACCOUNT**<br>Line from *Schedule A/B*: **17.5** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |
| **Rental deposit: SECURITY DEPOSIT: DEBTOR PAID A RENTAL SECURITY DEPOSIT IN THE AMOUNT OF ($1,400)**<br>Line from *Schedule A/B*: **22.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **S.C. Code Ann. § 15-41-30(A)(5)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

■ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Andrew Ducote** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number   **26-00660**
(if known)

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

| **2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

| 2.1 | **BRIDGECREST** | Describe the property that secures the claim: | $20,662.00 | $11,336.00 | $9,326.00 |
|---|---|---|---|---|---|

Creditor's Name

**1720 W RIO SALADO PARKWAY
Tempe, AZ 85282**

Number, Street, City, State & Zip Code

**2017 BMW X5:**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **Auto Loan**

**Date debt was incurred**   **6/24**          **Last 4 digits of account number**   **3801**

Debtor 1   **Michael Andrew Ducote**                                     Case number (if known)   **26-00660**
             First Name        Middle Name        Last Name

| 2.2 | **BRIDGECREST** | **Describe the property that secures the claim:** | $7,934.00 | $18,969.00 | $0.00 |

Creditor's Name

**2019 AUDI Q3 PREMIUM S-LINE:**

**1720 W RIO SALADO PARKWAY**
**Tempe, AZ 85282**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Auto Loan**

**Date debt was incurred  8/24**          **Last 4 digits of account number  1501**

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$28,596.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$28,596.00** |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Andrew Ducote** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | **26-00660** |

☐ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** **OCONEE COUNTY TREASURER**
Priority Creditor's Name

Last 4 digits of account number **6447**     **$75.00**     **$0.00**     **$75.00**

**415 S PINE STREET**
**Walhalla, SC 29691**
Number Street City State Zip Code

**When was the debt incurred?**     **1/26**

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☑ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Property Taxes**

### Part 2:     List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Michael Andrew Ducote**      Case number (if known)    **26-00660**

---

| 4.1 | **APPLE CARD** | Last 4 digits of account number | **7021** | **$7,280.00** |

Nonpriority Creditor's Name
**LOCKBOX 6112, PO BOX 7247**
**Philadelphia, PA 19170**

When was the debt incurred?    **12/20**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent
☐ Debtor 2 only     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify    **Credit card purchases**

---

| 4.2 | **BANK OF AMERICA** | Last 4 digits of account number | **6447** | **$5,299.00** |

Nonpriority Creditor's Name
**PO BOX 982235**
**El Paso, TX 79998-2235**

When was the debt incurred?    **1/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent
☐ Debtor 2 only     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify    **Credit card purchases**

---

| 4.3 | **BANK OF AMERICA** | Last 4 digits of account number | **6447** | **$13,777.00** |

Nonpriority Creditor's Name
**PO BOX 982235**
**El Paso, TX 79998-2235**

When was the debt incurred?    **5/14**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only     ☐ Contingent
☐ Debtor 2 only     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify    **Credit card purchases**

---

Debtor 1   **Michael Andrew Ducote**

Case number (if known)   **26-00660**

---

| 4.4 | **DISCOVER** | Last 4 digits of account number | **6260** | **$7,256.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 30939**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

When was the debt incurred?   **4/21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Credit card purchases**

---

| 4.5 | **GLOBAL TECH PH6, S.A.** | Last 4 digits of account number | **6447** | **$1,250,000.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**323 10TH AVENUE WEST**
**SUITE 301**
**Palmetto, FL 34221**
Number Street City State Zip Code

When was the debt incurred?   **1/21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Business Debt**

---

| 4.6 | **IRS** | Last 4 digits of account number | **6447** | **$185,080.53** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **1/21**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Other. Specify   **Unsecured Federal Income Taxes**

---

Debtor 1   **Michael Andrew Ducote**                                    Case number (if known)      **26-00660**

| | | | |
|---|---|---|---|
| 4.7 | **MARQUEE FUNDINGS PARTNERS LLC** | Last 4 digits of account number   **6447** | **$3,654,948.00** |

Nonpriority Creditor's Name

**3600 DALLAS HWY, SUITE 230
Marietta, GA 30064**

Number Street City State Zip Code

**When was the debt incurred?**      **1/21**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Collections**

---

| | | | |
|---|---|---|---|
| 4.8 | **SC DEPT OF REVENUE** | Last 4 digits of account number   **6447** | **$0.00** |

Nonpriority Creditor's Name

**300A OUTLET POINTE BLVD
Columbia, SC 29210**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Notice Only**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**ANDREA E MARTIN LAW, LLC
100 GALLERIA PARKWAY
STE 1010
Atlanta, GA 30339**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
100 SE 3RD AVE
STE 1630
Fort Lauderdale, FL 33394**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**BENDER, BENDER & CHANDLER, PA
323 10TH AVENUE WEST
SUITE
301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):        ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1 **Michael Andrew Ducote**                              Case number (if known)   **26-00660**

**Palmetto, FL 34221**

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **BROWARD COUNTY CLERK OF COURT**<br>**201 SE 6TH STREET**<br>**Fort Lauderdale, FL 33301** | Line **4.5** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **FULTON COUNTY CLERK OF COURT**<br>**136 PRYOR STREET**<br>**SUTIE C155 J2-101**<br>**Atlanta, GA 30303** | Line **4.7** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 75.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 75.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 5,123,640.53 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 5,123,640.53 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Andrew Ducote** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | | |
| Case number | **26-00660** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **REGUS**<br>**1 GLENLAKE PARKWAY, SUITE 650**<br>**Atlanta, GA 30328** | **DEBTOR BUSINESS SPACE: 734 NAVIGATORS POINTE, SENECA SC 29672, DEBTOR RENTS RESIDENCE AND PAYS ($820)/MONTH. DEBTOR WILL ASSUME CONTRACT.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Andrew Ducote** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00660** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.1 _____ Name _____ Number   Street City          State          ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |
| 3.2 _____ Name _____ Number   Street City          State          ZIP Code | ☐ Schedule D, line _____ ☐ Schedule E/F, line _____ ☐ Schedule G, line _____ |

Fill in this information to identify your case:

Debtor 1        **Michael Andrew Ducote**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number      **26-00660**
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
   13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income                                                            **12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- |
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **SELF-EMPLOYED** | |
| Employer's name | **S.E.A.M.S GROUP, LLC** | |
| Employer's address | **1 GLENLAKE PARKWAY, SUITE 650**<br>**Atlanta, GA 30328** | |
| How long employed there? | **3 YEARS** | |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **0.00** | $ **N/A** |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ **0.00** | +$ **N/A** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $ **0.00** | $ **N/A** |

Debtor 1    **Michael Andrew Ducote**                                             Case number (*if known*)    **26-00660**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 0.00 | $ N/A |

5.   **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ N/A |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ N/A |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ N/A |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ N/A |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ N/A |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ N/A |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ N/A |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ N/A |

6.   **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00    $ N/A

7.   **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.   $ 0.00    $ N/A

8.   **List all other income regularly received:**

8a.   **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ 4,464.00    $ N/A

8b.   **Interest and dividends**    8b.   $ 0.00    $ N/A

8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0.00    $ N/A

8d.   **Unemployment compensation**    8d.   $ 0.00    $ N/A

8e.   **Social Security**    8e.   $ 0.00    $ N/A

8f.   **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.   $ 0.00    $ N/A

8g.   **Pension or retirement income**    8g.   $ 0.00    $ N/A

8h.   **Other monthly income.** Specify:    8h.+   $ 0.00 +   $ N/A

9.   **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 4,464.00    $ N/A

10.   **Calculate monthly income.**  Add line 7 + line 9.    10.   $ 4,464.00  + $ N/A  = $ 4,464.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11.   **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.   +$ 0.00

12.   **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.   $ 4,464.00
**Combined monthly income**

13.   **Do you expect an increase or decrease within the year after you file this form?**

■    No.

☐    Yes. Explain:    **DEBTOR DOES ANTICIPATE ANY CHANGES TO INCOME WITHIN THE NEXT YEAR. INCOME CALCULATED BASED ON PROJECTED BUSINESS INCOME. NO MEANS TEST AS BUSINESS DEBT EXCEEDS CONSUMER DEBT.**

# Moss & Associates

## Attorneys, P.A.

**Charleston ♦ Columbia ♦ Greenville**

816 Elmwood Avenue
Columbia, South Carolina 29201

Telephone (803) 933-0202                                 Facsimile (803) 933-9941

---

## Business Questionnaire

Name: Michael Andrew Ducote                    **Business Address**

Home Number:                                          1 Glenlake Parkway, suite 650.

Work Number: 305-833-4933                      Atlanta, GA. 30328.

Other Number:

Date: 03/13/2026

1. Are you presently self-employed?   Yes _x_ No ___

2. What business are you in? Property Management

3. What is the name of your business? S.E.A.M.S GROUP LLC

4. When was your business formed? 04 / 15 / 2021

5. Is your business incorporated? Yes _X_ No ____ If Yes, what type...i.e. S-Corp LLC

6. Do you have any employees? Yes _X_        No ____

7. Does your business have any W-2 employees?  Yes _X_   No ____  *See attached payroll report*
   State their names and relationship to yourself, if any:
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____
   Name_____ Relationship_____

8. Are you current in your payroll taxes?  Yes _X_ No ____ (If no, please list the taxes owed
and the amounts)

_____

_____

_____

9.   Do you have accounts receivable?   Yes_____ No X____ (If yes, provide a separate list of your accounts receivable including the name of the payer, the amount due, the date first due, and any reason why the debt is not collectable.)

10.   Do you have any inventory?   Yes_____ No X____ ** If yes, please list the year, make, model and estimated liquidation value ( the value of what an item would cost if it were lost, destroyed, or one of the equivalent value were to take its place) of **all** of your tools, equipment, vehicles, and machinery.   Also list the date purchased, the purchase price, and the name and address of any lien holder as well as the amount of the lien:

| Description of the item | year/make/model number | estimated liquidation value | Date of Purchase | Price of purchase | lien holder and amount |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

** If you have further inventory to list, please provide additional sheets as attachments.

11. Does your business owe any federal or state taxes? Yes____ No_ X _ If Yes, give the following:

    Federal $_____ Years_____

    State $_____ Years_____

12. Who has possession of the books and records of the business?

    Name: Cecilia Cabrera

    Address: 1 glenlake parkway , suite 650.

    Atlanta, Ga. 30328

13. What is the name and address of your tax preparer?

    Name: Julio Castro

    Address: 4000 Hollywood Blvd. Suite 140.

    N Hollywood, FL. 33021

14. Do you have a current business license? Yes_ x _ No____ (Please provide a copy)

15. Do you have business liability insurance? Yes____ No_ x _

    **If Yes, please provide a Policy Declaration page; if No, please be advised that you are required to obtain adequate insurance to protect the estate from any liability.**

16. Do you anticipate incurring post-petition trade credit or other business debt? (After the filing of your bankruptcy, do you believe that you will incur any additional credits or debts?) Yes_____ No_ x _

    * If you answered No to question #16, please provide the following:
        a. 2021 and 2022 state and federal tax returns, including all supporting statements
        b. Monthly profit and loss statements on the form provided for the two previous (2) calendar months
        c. A statement of projected income expenses for the business on the form provided.

    * If you answered Yes to question #16, please provide the following:
        a. 2021 and 2022 state and federal tax returns, including all supporting statements
        b. Monthly profit and loss statements on the form provided for the two previous (2) calendar months
        c. A statement of projected income expenses for the business on the form provided
        d. Copies of all financial statements furnished to a third party within the last two (2) years preceding the filing of the petition, including, but not limited to the balance sheet, income statement, and cash flow statement.

**If you answer yes to Question #16, please also be advised that during the pendency of your Bankruptcy case, you must also file profit and loss statements on a monthly basis with the Clerk of the Bankruptcy Court and send copies to the office of the United States Trustee whom assigned to your case

## IMPORTANT NOTICE

Please be advised that the following actions may not be taken by any self-employed debtor without a specific court authorization including but not limited to: use of cash collateral, post-petition employment of an attorney, accountant, or any other professional, payment of pre-petition wages or salary- with the exception that you may pay wages not exceeding $4,300 per person owing for the pay period just prior to your bankruptcy; payment of any other unsecured pre-petition debt, borrowing money of incurring deb, or selling of property other than in the ordinary course of business.

Furthermore, it is also imperative that you understand that it is your responsibility to maintain adequate records regarding the business and to maintain insurance required by state law, federal law, or the term of any agreement with a third party.   The trustee **will not** be responsible for, nor will he obtain, any such insurance.   Thank you for your cooperation in this matter.

PROJECTED BUSINESS INCOME AND EXPENSES
FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE
INFORMATION DIRECTLY RELATED TO THE BUSINESS OPERATION

Part A:     ESTIMATED AVERAGE FUTURE GROSS

1. Gross Monthly Income:     $ 58350

Part B:     ESTIMATED FUTURE MONTHLY EXPENSES

| | | |
|---|---|---|
| 2. | Net Employee Payroll (other than debtor) | $ 26200 |
| 3. | Payroll Taxes | $ 3200 |
| 4. | Unemployment Taxes | $ 395 |
| 5. | Worker's Compensation | $ 1540 |
| 6. | Other Taxes | $ 2900 |
| 7. | Inventory Purchases (including raw materials) | $ 0 |
| 8. | Purchase of Feed/Fertilizer/Seed/Spray | $ 0 |
| 9. | Rent (Other than debtor's principal residence) | $ 871.00 |
| 10. | Utilities | $ 450 |
| 11. | Office Expenses and Supplies | $ 280 |
| 12. | Repairs and Maintenance | $ 0 |
| 13. | Vehicle Expenses | $ 0 |
| 14. | Travel and Entertainment | $ 0 |
| 15. | Equipment Rental and Leases | $ 0 |
| 16. | Legal/Accounting/Other Professional Fees | $ 2200 |
| 17. | Insurance | $ 0 |
| 18. | Employee Benefits (ex: pension, medical, etc) | $ 3200 |
| 19. | Payment to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debtors (Specify): | $ 0 |
| 20. | Other (Specify): | $ 12650 |
| | TOTAL MONTHLY EXPENSES (Add items 2-20) | $ 53,886 |

Part C:     ESTIMATED AVERAGE NET MONTHLY INCOME:

Average Net Monthly Income
(Subtract item 21 from item 1)     $ 4,464

_(signature)_

Signature

03/13/2026

Date

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

**Month:** Februar          **Year:** 2026

## INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | 60,348.01 |
| 2. | Cost of Goods Sold: | |
| | a. Purchases | |
| | b. Cost of Labor *(do not include employee salary)* | |
| | c. Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | 60,348.01 |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | 60,348.01 |

## EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | 867.22 |
| 7. | Salaries and Wages of Employees | 49,155.54 |
| 8. | Employee Benefits | 0 |
| 9. | Equipment Lease Payments | 0 |
| 10. | Secured Debt Payments | 64.71 |
| 11. | Supplies (not included in 2c.) | 0 |
| 12. | Utilities | 380.34 |
| 13. | Telephone | 206.42 |
| 14. | Repairs & Maintenance | 0 |
| 15. | Miscellaneous Office Expenses | 135 |
| 16. | Advertising | 450 |
| 17. | Travel & Entertainment | 0 |
| 18. | Professional Fees | 0 |
| 19. | Insurance | |
| | a. Liability | 0 |
| | b. Property | 0 |
| | c. Vehicle | 0 |
| | d. Workers Compensation | 0 |
| | e. Other | 0 |

## TAXES

| | | |
|---|---|---|
| 20. | Payroll | 100 |
| 21. | Sales | 0 |
| 22. | Other | 18650.22 |
| 23. | Total Expenses (add lines 6-20) | 70,009.45 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          —9661.44

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | |
|---|---|---|
| _____ | _____ | 3/13/2026 |
| DEBTOR 1 | DEBTOR 2 | DATE |

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

**Month:** January                **Year:** 2026

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | 59854.67 |
| 2. | Cost of Goods Sold: | |
| | a.  Purchases | |
| | b.  Cost of Labor *(do not include employee salary )* | |
| | c.  Materials & Supplies | |
| 3. | Gross Profit (subtract line 2 from line 1) | 59,854.67 |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | 59,854.67 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | 867.22 |
| 7. | Salaries and Wages of Employees | 48,640.44 |
| 8. | Employee Benefits | 0 |
| 9. | Equipment Lease Payments | 0 |
| 10. | Secured Debt Payments | 64.71 |
| 11. | Supplies (not included in 2c.) | 0 |
| 12. | Utilities | 380.34 |
| 13. | Telephone | 206.42 |
| 14. | Repairs & Maintenance | 0 |
| 15. | Miscellaneous Office Expenses | 135 |
| 16. | Advertising | 63.24 |
| 17. | Travel & Entertainment | 0 |
| 18. | Professional Fees | 0 |
| 19. | Insurance | |
| | a.  Liability | 0 |
| | b.  Property | 0 |
| | c.  Vehicle | 0 |
| | d.  Workers Compensation | 0 |
| | e.  Other | 0 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | 100 |
| 21. | Sales | 0 |
| 22. | Other | 16,106.32 |
| 23. | Total Expenses (add lines 6-20) | 66,563.69 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          -6709.02

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

_____          _____          3/13/2026
**DEBTOR 1**                                        **DEBTOR 2**                                        **DATE**

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

**Month:** DECEMBER          **Year:** 2025

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | 59,630.92 |
| 2. | Cost of Goods Sold: | |
| | a. Purchases | 0 |
| | b. Cost of Labor *(do not include employee salary )* | 0 |
| | c. Materials & Supplies | 0 |
| 3. | Gross Profit (subtract line 2 from line 1) | 59,630.92 |
| 4. | Other Income | 0 |
| 5. | Gross Income (add lines 3&4) | 59,630.92 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | 948.27 |
| 7. | Salaries and Wages of Employees | 48,650.82 |
| 8. | Employee Benefits | 0 |
| 9. | Equipment Lease Payments | 0 |
| 10. | Secured Debt Payments | 64.71 |
| 11. | Supplies (not included in 2c.) | 0 |
| 12. | Utilities | 262.02 |
| 13. | Telephone | 206.42 |
| 14. | Repairs & Maintenance | 0 |
| 15. | Miscellaneous Office Expenses | 0 |
| 16. | Advertising | 42 |
| 17. | Travel & Entertainment | 0 |
| 18. | Professional Fees | 0 |
| 19. | Insurance | |
| | a. Liability | 0 |
| | b. Property | 0 |
| | c. Vehicle | 0 |
| | d. Workers Compensation | 0 |
| | e. Other | 0 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | 100 |
| 21. | Sales | 0 |
| 22. | Other | 22,254.51 |
| 23. | Total Expenses (add lines 6-20) | 72,464.04 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          -12897.83

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | |
|---|---|---|
| DEBTOR 1 | DEBTOR 2 | 03/13/26 |
| | | DATE |

MOSS AND ASSOCIATES

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: NOVEMBER          Year: 2025

### INCOME

| | | | | |
|---|---|---|---|---|
| 1. | Gross Receipts or Sales | | | 69,919.45 |
| 2. | Cost of Goods Sold: | | | |
| | | a. | Purchases | 0 |
| | | b. | Cost of Labor *(do not include employee salary )* | 0 |
| | | c. | Materials & Supplies | 0 |
| 3. | Gross Profit (subtract line 2 from line 1) | | | 69,919.45 |
| 4. | Other Income | | | 0 |
| 5. | Gross Income (add lines 3&4) | | | 69,919.45 |

### EXPENSES

| | | | | |
|---|---|---|---|---|
| 6. | Business Property Rent/Lease | | | 948.27 |
| 7. | Salaries and Wages of Employees | | | 66,038.48 |
| 8. | Employee Benefits | | | 0 |
| 9. | Equipment Lease Payments | | | 0 |
| 10. | Secured Debt Payments | | | 477.38 |
| 11. | Supplies (not included in 2c.) | | | |
| 12. | Utilities | | | 336.80 |
| 13. | Telephone | | | 208.33 |
| 14. | Repairs & Maintenance | | | 0 |
| 15. | Miscellaneous Office Expenses | | | 0 |
| 16. | Advertising | | | 138.67 |
| 17. | Travel & Entertainment | | | 0 |
| 18. | Professional Fees | | | 0 |
| 19. | Insurance | | | |
| | | a. | Liability | 0 |
| | | b. | Property | 0 |
| | | c. | Vehicle | 0 |
| | | d. | Workers Compensation | 0 |
| | | e. | Other | 0 |

### TAXES

| | | | | |
|---|---|---|---|---|
| 20. | Payroll | | | 100 |
| 21. | Sales | | | 0 |
| 22. | Other | | | 13,591.03 |
| 23. | Total Expenses (add lines 6-20) | | | 81,361.58 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          -11,919.51

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | |
|---|---|---|
| DEBTOR 1 | DEBTOR 2 | 03/13/26 |
| | | DATE |

MOSS AND ASSOCIATES

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

**Month:** OCTOBER          **Year:** 2025

### INCOME

| | | | |
|---|---|---|---|
| 1. | Gross Receipts or Sales | | 60,163.55 |
| 2. | Cost of Goods Sold: | | |
| | a. | Purchases | 0 |
| | b. | Cost of Labor *(do not include employee salary )* | 0 |
| | c. | Materials & Supplies | 0 |
| 3. | Gross Profit (subtract line 2 from line 1) | | 60,163.55 |
| 4. | Other Income | | 0 |
| 5. | Gross Income (add lines 3&4) | | 60,163.55 |

### EXPENSES

| | | | |
|---|---|---|---|
| 6. | Business Property Rent/Lease | | 948.27 |
| 7. | Salaries and Wages of Employees | | 53,497.87 |
| 8. | Employee Benefits | | 0 |
| 9. | Equipment Lease Payments | | 0 |
| 10. | Secured Debt Payments | | 566.97 |
| 11. | Supplies (not included in 2c.) | | |
| 12. | Utilities | | 329.49 |
| 13. | Telephone | | 208.01 |
| 14. | Repairs & Maintenance | | 0 |
| 15. | Miscellaneous Office Expenses | | 95 |
| 16. | Advertising | | 0 |
| 17. | Travel & Entertainment | | 0 |
| 18. | Professional Fees | | 0 |
| 19. | Insurance | | |
| | a. | Liability | 770.11 |
| | b. | Property | 0 |
| | c. | Vehicle | 0 |
| | d. | Workers Compensation | 0 |
| | e. | Other | 17,998.80 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | 100 |
| 21. | Sales | 0 |
| 22. | Other | 0 |
| 23. | Total Expenses (add lines 6-20) | 73,947.55 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          -14,350.97

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | 03/13/26 |
|---|---|---|
| DEBTOR 1 | DEBTOR 2 | DATE |

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

**Month:** SEPTEMBER          **Year:** 2025

### INCOME

| | | | |
|---|---|---|---|
| 1. | Gross Receipts or Sales | | 66,061.73 |
| 2. | Cost of Goods Sold: | | |
| | a. | Purchases | 0 |
| | b. | Cost of Labor *(do not include employee salary )* | 0 |
| | c. | Materials & Supplies | 0 |
| 3. | Gross Profit (subtract line 2 from line 1) | | 66061.73 |
| 4. | Other Income | | 0 |
| 5. | Gross Income (add lines 3&4) | | 66,061.73 |

### EXPENSES

| | | | |
|---|---|---|---|
| 6. | Business Property Rent/Lease | | 948.27 |
| 7. | Salaries and Wages of Employees | | 48,493.05 |
| 8. | Employee Benefits | | 476.28 |
| 9. | Equipment Lease Payments | | 0 |
| 10. | Secured Debt Payments | | 634.37 |
| 11. | Supplies (not included in 2c.) | | 0 |
| 12. | Utilities | | 615.59 |
| 13. | Telephone | | 208.01 |
| 14. | Repairs & Maintenance | | 0 |
| 15. | Miscellaneous Office Expenses | | 132.77 |
| 16. | Advertising | | 408 |
| 17. | Travel & Entertainment | | 0 |
| 18. | Professional Fees | | 600 |
| 19. | Insurance | | |
| | a. | Liability | 770.11 |
| | b. | Property | |
| | c. | Vehicle | |
| | d. | Workers Compensation | |
| | e. | Other | |

### TAXES

| | | | |
|---|---|---|---|
| 20. | Payroll | | 100 |
| 21. | Sales | | 0 |
| 22. | Other | | 269.63 |
| 23. | Total Expenses (add lines 6-20) | | 53,021.71 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)          12,045.65

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | |
|---|---|---|
| DEBTOR 1 | DEBTOR 2 | 03/13/26 |
| | | DATE |

*MOSS AND ASSOCIATES*

## PROFIT AND LOSS STATEMENT
### BUISNESS EXPENSES ONLY

Month: AUGUST                    Year: 2025

### INCOME

| | | |
|---|---|---|
| 1. | Gross Receipts or Sales | 60,315.21 |
| 2. | Cost of Goods Sold: | |
| | a. Purchases | 0 |
| | b. Cost of Labor *(do not include employee salary )* | 0 |
| | c. Materials & Supplies | 0 |
| 3. | Gross Profit (subtract line 2 from line 1) | 60,315.21 |
| 4. | Other Income | |
| 5. | Gross Income (add lines 3&4) | 60,315.21 |

### EXPENSES

| | | |
|---|---|---|
| 6. | Business Property Rent/Lease | 948.27 |
| 7. | Salaries and Wages of Employees | 48,487.38 |
| 8. | Employee Benefits | 532.08 |
| 9. | Equipment Lease Payments | 0 |
| 10. | Secured Debt Payments | 641.59 |
| 11. | Supplies (not included in 2c.) | 0 |
| 12. | Utilities | 451.92 |
| 13. | Telephone | 208.01 |
| 14. | Repairs & Maintenance | 0 |
| 15. | Miscellaneous Office Expenses | 262.19 |
| 16. | Advertising | 56.86 |
| 17. | Travel & Entertainment | 0 |
| 18. | Professional Fees | 0 |
| 19. | Insurance | |
| | a. Liability | 770.11 |
| | b. Property | 0 |
| | c. Vehicle | 0 |
| | d. Workers Compensation | 0 |
| | e. Other | 0 |

### TAXES

| | | |
|---|---|---|
| 20. | Payroll | 100 |
| 21. | Sales | 0 |
| 22. | Other | 6,338.37 |
| 23. | Total Expenses (add lines 6-20) | 58,796.78 |

**TOTAL PROFIT (LOSS) FOR MONTH**
(subtract line 21 from line 5)                876.64

I/WE declare under penalty of perjury that the information provided is true and correct to the best of my/our knowledge, information and belief.

| | | |
|---|---|---|
| DEBTOR 1 | DEBTOR 2 | 03/13/26 |
| | | DATE |

*MOSS AND ASSOCIATES*

Fill in this information to identify your case:

Debtor 1 **Michael Andrew Ducote**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number **26-00660**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes.   Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **16** | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $ _____ **0.00**

   **If not included in line 4:**

   4a.   Real estate taxes    4a. $ _____ **0.00**
   4b.   Property, homeowner's, or renter's insurance    4b. $ _____ **0.00**
   4c.   Home maintenance, repair, and upkeep expenses    4c. $ _____ **0.00**
   4d.   Homeowner's association or condominium dues    4d. $ _____ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ _____ **0.00**

Official Form 106J                        **Schedule J: Your Expenses**                        page 1

| Debtor 1 | **Michael Andrew Ducote** | Case number (if known) | **26-00660** |
|---|---|---|---|

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | **200.00** |
| 6b. | Water, sewer, garbage collection | 6b. $ | **100.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **150.00** |
| 6d. | Other. Specify: | 6d. $ | **0.00** |

| 7. | **Food and housekeeping supplies** | 7. $ | **700.00** |
|---|---|---|---|
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **93.00** |
| 10. | **Personal care products and services** | 10. $ | **91.00** |
| 11. | **Medical and dental expenses** | 11. $ | **100.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | **562.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | |
|---|---|---|---|
| 15a. | Life insurance | 15a. $ | **0.00** |
| 15b. | Health insurance | 15b. $ | **653.00** |
| 15c. | Vehicle insurance | 15c. $ | **653.00** |
| 15d. | Other insurance. Specify: | 15d. $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: **AUTO PROPERTY TAXES**        16. $   **75.00**

17. **Installment or lease payments:**

| | | | |
|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. $ | **584.00** |
| 17b. | Car payments for Vehicle 2 | 17b. $ | **170.00** |
| 17c. | Other. Specify: **LEASE PAYMENTS** | 17c. $ | **820.00** |
| 17d. | Other. Specify: | 17d. $ | **0.00** |

| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
|---|---|---|---|
| 19. | **Other payments you make to support others who do not live with you.** Specify: | $   19. | **0.00** |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. $ | **0.00** |
| 20b. | Real estate taxes | 20b. $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |

| 21. | **Other:** Specify: | 21. +$ | **0.00** |
|---|---|---|---|

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | **5,051.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **5,051.00** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ **4,464.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ **5,051.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ **-587.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.   Explain here: **DEBTOR DOES NOT ANTICIPATE ANY CHANGES TO EXPENSES WITHIN THE NEXT YEAR.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael Andrew Ducote** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number | **26-00660** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Michael Andrew Ducote** | X _____ |
|---|---|
| **Michael Andrew Ducote** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **March 23, 2026** | Date _____ |

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Michael Andrew Ducote** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA | |
| Case number | **26-00660** | ☐ Check if this is an |
| (if known) | | amended filing |

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1.   What is your current marital status?**

☐   Married
■   Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☐   No
■   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **167 KINGS CIRCLE NE** **Atlanta, GA 30305** | From-To: **APRIL 2024 THROUGH JANUARY 2025** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |
| **5041 E SYERLING RANCH** **Fort Lauderdale, FL 33314** | From-To: **DECEMBER 2017 THROUGH MARCH 2024** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■   No
☐   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2 | Explain the Sources of Your Income |
|---|---|

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐   No
■   Yes. Fill in the details.

| Debtor 1 | Debtor 2 |
|---|---|

| Debtor 1 | **Michael Andrew Ducote** | Case number (*if known*) | **26-00660** |

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:** (January 1 to December 31, 2025 ) | ☐ Wages, commissions, bonuses, tips | $69,230.79 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, 2024 ) | ☐ Wages, commissions, bonuses, tips | $125,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No
■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** (January 1 to December 31, 2025 ) | FAMILY CONTRIBUTIONS | $23,000.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
☐  No.  Go to line 7.
☐  Yes  List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
 * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

■  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■  No.  Go to line 7.
☐  Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Michael Andrew Ducote**                                  Case number (*if known*)   **26-00660**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **GLOBAL TECH PHG, S.A. VS DUCOTE CACE24000871** | **Contract** | **BROWARD COUNTY CLERK OF COURT 201 SE 6TH STREET Fort Lauderdale, FL 33301** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page **3**

Debtor 1     **Michael Andrew Ducote**                                          Case number *(if known)*    **26-00660**

| Part 5: | List Certain Gifts and Contributions |
| --- | --- |

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |

| Part 6: | List Certain Losses |
| --- | --- |

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

    ■ No
    ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
| --- | --- | --- | --- |

| Part 7: | List Certain Payments or Transfers |
| --- | --- |

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **MOSS & ASSOCIATES, ATTORNEYS P.A.**<br>**816 ELMWOOD AVENUE**<br>**COLUMBIA, SC 29201**<br>**lindsey@mossattorneys.com** | **ATTORNEY FEES: $6,861.00**<br>**COURT FILING FEE: $338.00** | **FEBRUARY 2026** | **$7,199.00** |
| **1$WISER CONSUMER EDUCATION**<br>**6650 RIVERS AVENUE, STE 100**<br>**Charleston, SC 29406** | **CREDIT COUNSELING: $0.00** | **FEBRUARY 2026** | **$0.00** |

| Debtor 1 | **Michael Andrew Ducote** | Case number (*if known*) | **26-00660** |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **DISCOVER<br>PO BOX 71084<br>Charlotte, NC 28272-1084** | **XXXX-** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **OCTOBER 2025** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1   **Michael Andrew Ducote**                                Case number (*if known*)   **26-00660**

---

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:**   **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:**   **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

| Debtor 1 | **Michael Andrew Ducote** | Case number (*if known*) | **26-00660** |

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☐ **No. None of the above applies.  Go to Part 12.**

■ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **S.E.A.M.S GROUP LLC<br>1 GLENLAKE PARKWAY, SUITE 650<br>Atlanta, GA 30328** | **S.E.A.M.S GROUP LLC.<br>PROPERTY MANAGEMENT.<br>DEBTOR OPERATED FROM<br>APRIL 2021 THROUGH PRESENT.<br>IN GOOD STANDING WITH<br>GEORGIA SECRETARY OF<br>STATE.<br><br>JULIO CASTRO** | **EIN:**<br><br>**From-To   APRIL 2021** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**

☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

---

**Part 12:**  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| /s/ Michael Andrew Ducote | |
|---|---|
| **Michael Andrew Ducote**<br>**Signature of Debtor 1** | **Signature of Debtor 2** |
| Date   **March 23, 2026** | Date |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1    **Michael Andrew Ducote**
             First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number    **26-00660**
(if known)

☐ Check if this is an
   amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: **BRIDGECREST**<br><br>Description of property securing debt: **2017 BMW X5:** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
| Creditor's name: **BRIDGECREST**<br><br>Description of property securing debt: **2019 AUDI Q3 PREMIUM S-LINE:** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
| --- | --- |

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |

Debtor 1   **Michael Andrew Ducote**                    Case number (*if known*)   **26-00660**

Lessor's name:        **REGUS**                                              ☐ No

                                                                             ■ Yes

Description of leased     **DEBTOR BUSINESS SPACE: 734 NAVIGATORS POINTE, SENECA SC**
Property:                 **29672, DEBTOR RENTS RESIDENCE AND PAYS ($820)/MONTH. DEBTOR**
                          **WILL ASSUME CONTRACT.**

| Part 3: | Sign Below |
|---------|------------|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

**X**   **/s/ Michael Andrew Ducote**                          **X** _____
        **Michael Andrew Ducote**                                  Signature of Debtor 2
        Signature of Debtor 1

        Date      **March 23, 2026**                             Date _____

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**                    page 2

Fill in this information to identify your case:

Debtor 1    **Michael Andrew Ducote**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number   **26-00660**
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income          **12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

| Part 1: | Calculate Your Current Monthly Income |
| --- | --- |

1.  **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
| --- | --- | --- |
| 2.  **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3.  **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4.  **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5.  **Net income from operating a business, profession, or farm**

|  | **Debtor 1** |  |  |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ |  |  |
| Ordinary and necessary operating expenses | -$ |  |  |
| Net monthly income from a business, profession, or farm $ _____ **Copy here ->** | | $ | $ |

6.  **Net income from rental and other real property**

|  | **Debtor 1** |  |  |
| --- | --- | --- | --- |
| Gross receipts (before all deductions) | $ |  |  |
| Ordinary and necessary operating expenses | -$ |  |  |
| Net monthly income from rental or other real property $ _____ **Copy here ->** | | $ | $ |

| 7.  **Interest, dividends, and royalties** | $ | $ |
| --- | --- | --- |

Debtor 1 __Michael Andrew Ducote__     Case number (*if known*)   __26-00660__

|  | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|

8.  **Unemployment compensation**   $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you _____ $ _____

For your spouse _____ $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.   $ _____   $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____   $ _____   $ _____

_____   $ _____   $ _____

Total amounts from separate pages, if any.   **+** $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ **+** $ _____ **=** $ _____

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .............................................. **Copy line 11 here=>**   $ _____

Multiply by 12 (the number of months in a year)   **x  12**

12b. The result is your annual income for this part of the form   12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [          ]

Fill in the number of people in your household.   [          ]

Fill in the median family income for your state and size of household. .............................   13. $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.   ☐   Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.   ☐   Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** __/s/ Michael Andrew Ducote__

__Michael Andrew Ducote__

Signature of Debtor 1

Date __March 23, 2026__

MM / DD  / YYYY

Official Form 122A-1     **Chapter 7 Statement of Your Current Monthly Income**     **page 2**

Debtor 1    **Michael Andrew Ducote**                                         Case number (*if known*)    **26-00660**

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1 **Michael Andrew Ducote**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of South Carolina

Case number   **26-00660**
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   **12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.       Go to line 3.

   ☐ Yes.      Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.  Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No.       Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.      Check any one of the following categories that applies:

      ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

      ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

      ☐ **I am performing a homeland defense activity for at least 90 days.**

      ☐ **I performed a homeland defense activity for at least 90 days**, ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

   If your exclusion period ends before your case is closed, you may have to file an amended form later.